**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUAN ORENCIO CORTES HERNANDEZ,

                    Petitioner,

    vs.

TODD BLANCHE, *et al.*,

                  Respondents.

Case No. 2:26-cv-02377-GMN-NJK

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Juan Orencio Cortes Hernandez's Motion to Dismiss his Petition without prejudice, (ECF No. 7). Petitioner's counsel represents that he is a petitioner in a group petition currently pending before Judge Richard F. Boulware, *Gonzalea-Amaro, et al. v. Mattos, et al.*, D. Nev. No. 2:26-02316-RFB-NJK. Because the petitions in both cases raise the same habeas claims, Petitioner's counsel asks that this case be dismissed without prejudice as a duplicate action. The Court agrees that this case should be dismissed as a duplicate action.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice as a duplicate action.

The Clerk of Court is kindly directed to close this case.

**DATED** this __11__ day of August, 2026.

                              _____

                              Gloria M. Navarro, District Judge
                              United States District Court